IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| PAMELA BLAIN, Individually and as Personal Representative of the ESTATE OF TREVOR KYLE BLAIN, II, Deceased, and on Behalf of All Those Similarly Situated; TONYA D. BROOKS, Individually and on Behalf of All Those Similarly Situated; RONALD BLAIN; LEX BROOKS; and CHERYL BROOKS, Plaintiffs, v. SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07-CV-01157-MLB-DWB |

**ORDER GRANTING CONSENT MOTION TO STAY**
**DISCOVERY PENDING RULING ON MOTION FOR SUMMARY JUDGMENT**

After careful consideration of the *Consent Motion to Stay Discovery Pending Ruling on Motion for Summary Judgment* filed jointly by Plaintiffs, Pamela and Ronald Blain, and Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), it is this 18th day of October, 2007, ORDERED that the motion is GRANTED. All discovery is stayed pending this Court's ruling on GSK's Motion for Summary Judgment.

IT IS SO ORDERED.

                                                                                           s/ DONALD W. BOSTWICK
                                                                                           Honorable Donald W. Bostwick
                                                                                           United States Magistrate